UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LAVERN SANDERS and QUEEN HOLT,

                Plaintiffs,                        **NOTICE OF APPEARANCE**

    - against -                                    08-CV-3920 (WHP) (DFE)

GRENADIER REALTY, INC., STEVENSON
COMMONS, INC., DOES 1-10 INCLUSIVE,

                Defendants.
------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that on behalf of defendant STEVENSON COMMONS, INC., the undersigned attorney will appear as counsel of record.

**PLEASE TAKE FURTHER NOTICE** that all pleadings, papers and documents required to be served in this action upon defendant STEVENSON COMMONS, INC., should be served upon the undersigned and all electronic notifications will be sent to MKatz@lcbf.com.

Dated:     New York, New York
             June 5, 2008

                                         Respectfully submitted,

                                         LANDMAN CORSI BALLAINE & FORD P.C.

                        By:   /s/ Melissa S. Katz
                               Melissa S. Katz (MK 7127)
                               Attorneys for Defendant
                               STEVENSON COMMONS, INC.,
                               120 Broadway, 27th Floor
                               New York, New York 10271-0079
                               (212) 238-4800

TO:     Nkereuwem Umoh (NU 7233)
            Attorney for Plaintiffs
            255 Livingston Street, 4th Floor
            Brooklyn, NY 11217
            (718) 360-0527

# AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

      **RYAN NEW**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at NEW YORK, NEW YORK.

      That on the 5th day of June, 2008, deponent served the within **NOTICE OF APPEARANCE** upon:

      Nkereuwem Umoh
      255 Livingston Street, 4th Floor
      Brooklyn, NY 11217

attorneys in this action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

      _____
      Ryan New

Sworn to before me this
5th day of June, 2008

_____
Notary

**NADIA RIVERA**
**Notary Public, State of New York**
**No. 02RI6177837**
**Qualified in New York County**
**Commission Expires Nov. 19, 2011**

463225.1 DocsNY