UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
Laverne Sanders and Queen Holt,

                      Plaintiff,

                                                                                   08 CIVIL 3920    (WHP )

    -against-

Grenadier Realty, INC., Stevenson
Commons, INC., Does 1-10 Inclusive,
                     Defendant.
-----------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _Melissa Shari Katz_

☒   *Attorney*

    ☒   I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        MK 7127

    ☐   I am a Pro Hac Vice attorney

    ☐   I am a Government Agency attorney

☒   *Law Firm/Government Agency Association*

    From: _MTA, New York City (Brooklyn)_

    To: _Landman Corsi Ballaine & Ford, P.C._

    ☒   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒   *Address:*   120 Broadway, 27th Floor, New York, New York 10271

☒   *Telephone Number:*   (212) 238-4800

☒   *Fax Number:*   (212) 238-4848

☒   *E-Mail Address:*   mkatz@lcbf.com

Dated: 6/5/07