UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **LAVERN SANDERS** | AFFIDAVIT OF SERVICE<br>CASE # 08-CV-3920<br>Plaintiff |
| Vs |  |
| **GRENADIER REALTY, STEVENSON COMMONS, DOES 1-10** | Defendants |

County of KINGS, State of New York I, **Mahitima Baa** being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides in the county of KINGS

On **5/21/08 3:43 PM** at **1230 PENNSYLVANIA AVENUE . BROOKLYN, NEW YORK 12205**
Deponent served the within SUMMONS & COMPLAINT on STEVENSON COMMONS by delivering a true copy to **B. WILKINSON** a person of suitable and discretion.

Said premises are recipient's actual place of work within the state. I asked the person spoken to whether the defendant actually works at these premises and received an affirmative response

A description of the person served is as follows:

Sex **FEMALE**
Skin **BLACK**
Color of Hair **BLACK**
Approx. Age **48 - 52**
Approx. Height **5'6"- 5'8"**
Approx. Wt **165-170 LBS**

Other identifying Features **NONE**

_____
**MAHITIMA BAA**

Sworn to be fore me on this
21TH day of MAY 2008

_____
NOTARY PUBLIC
**PAUL SIMINOVSKY**
Notary Public, State of New York
No 41 4811635
Qualified in Queens County
Commission Expires May 31, 20 09