UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **LAVERN SANDERS** | AFFIDAVIT OF SERVICE<br>CASE # 08-CV-3920<br>Plaintiff |
| Vs | |
| **GRENADIER REALTY, STEVENSON COMMONS, DOES 1-10** | |
| | Defendants |

County of KINGS, State of New York I, **Mahitima Baa** being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides in the county of KINGS

On **5/21/08 3:43 PM** at **1230 PENNSYLVANIA AVENUE. BROOKLYN, NEW YORK 12205** Deponent served the within **SUMMONS & COMPLAINT** on **GRENADIER REALTY** by delivering a true copy to **B. WILKINSON** an authorized agent.

Deponent knew said Corporation so served to be the Corporation described and knew said individual to be the officer authorized to accept service on behalf of the Corporation.

A description of the person served is as follows:

**Sex FEMALE**
**Skin BLACK**
Color of Hair **BLACK**
Approx. Age **48 - 52**
Approx. Height **5'6"- 5'8"**
Approx. Wt **165-170 LBS**

Other identifying Features **NONE**

_____
**MAHITIMA BAA**

Sworn to before me on this
21TH day of MAY 2008

_____
NOTARY PUBLIC
**PAUL SIMINOVSKY**
Notary Public, State of New York
No 41 4811635
Qualified in Queens County
Commission Expires May 31, 20 09