06/03/2008 17:15 FAX 212 238 4848    Landman Corsi    ☐002/002

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LAVERN SANDERS and QUEEN HOLT,

                Plaintiffs,

- against -

GRENADIER REALTY, INC., STEVENSON
COMMONS, INC., DOES 1-10 INCLUSIVE,

                Defendants.
------------------------------------------------------------X

**STIPULATION AND ORDER**

08-CV-3920 (WHP) (DFE)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, that the time for defendants Grenadier Realty, Inc. and Stevenson Commons, Inc. to answer or otherwise respond to plaintiffs' Amended Complaint is extended to Tuesday, July 8, 2008.

Dated: New York, New York
       June 3, 2008

NKEREUWEM UMOH, ESQ.

By: _____
Nkereuwem Umoh (NU 7233)
Attorney for Plaintiffs
255 Livingston Street, 4th Floor
Brooklyn, NY 11217
(718) 360-0527

LANDMAN CORSI BALLAINE & FORD P.C.

By: _____
Melissa Katz (MK 7127)
120 Broadway, 27th Floor
New York, New York 10271-0079
(212) 238-4800

SO ORDERED:

_____
U.S.D.J.

6/10/08

463067.1 DocsNY