UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
LAVERN SANDERS and QUEEN HOLT,

                                                                **Plaintiffs,**

  -against-

GRENADIER RELATY, INC.
STEVENSON COMMONS, INC. ,

DOES 1-10 INCLUSIVE
                                          **Defendants.**
---------------------------------------------------------------------------X

08 CIV 3920
(WHP) (DFE)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that on behalf of defendant **GRENADIER REALTY INC.**, the undersigned attorney will appear as counsel of record.

      PLEASE TAKE FURTHER NOTICE that all pleadings, papers and documents required to be served in this action upon defendant **GRENADIER REALTY, INC.**, should be served upon the undersigned and all electronic notifications will be sent to nbrody@bbbnylaw.com.

Dated: New York, New York
        July 2, 2008

                                      Respectfully submitted,

                                      **BRODY, BENARD & BRANCH, LLP**

                                      _____
                                      Neil Brody (NB 0793)
                                      Attorneys for Defendant
                                      GRENADIER REALTY, INC.
                                      205 Lexington Avenue 4th Floor
                                      New York, New York 10016
                                      (212) 679-7007

TO:    Nkereuwem Umoh (NU 7233)
Attorney for Plaintiffs
255 Livingston Street
Brooklyn, NY 11217
718-360-0527

Melissa S. Katz (MK 7127)
LANDMAN CORSI BALLAINE & FORD, P.C.
Attorneys for Defendant
STEVENSON COMMONS, INC.
120 Broadway, 27th Floor
New York, New York 10271-0079
212-238-4800