From (800) 516-5929                Tue 01 Jul 2008 03:32:55 PM MST             Page 2 of 2
07/01/2008 15:53 FAX  2126797123           BRODY,BENARD&BRANCH_LLP                   ☐002/003

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

LAVERN SANDERS and QUEEN HOLT,

                           Plaintiffs,

    -against-

GRENADIER RELATY, INC.
STEVENSON COMMONS, INC.,

DOES 1-10 INCLUSIVE

                          Defendants.

---------------------------------------------------------X

08 CIV 3920 (WHP)

**STIPULATION**

JUL - 8 2008

    IT IS HEREBY STIPULATED AND AGREED that, the time for defendants, GRENADIER REALTY, INC., STEVENSON COMMONS INC. and DOES 1-10 INCLUSIVE to appear and to answer, amend or supplement the answer as of course to make any motion with relation to the Complaint in this action, be extended up to and including the 5th day of August, 2008..

Dated: New York, New York
         July 1, 2008

_____
NKEREUWEM UMOH
Attorneys for Plaintiffs
255 Livingston Street, 4th Floor
Brooklyn, New York 11217
718-360-0527

_____
BRODY, BENARD & BRANCH, LLP
Attorneys for Defendants
205 Lexington Avenue 4th Floor
New York, New York 10016
(212) 679-7007

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.

7/8/08

07/02/2008 17:47 FAX  212 238 4848         Landman Corsi                    ☑002/004

LANDMAN CORSI BALLAINE & FORD P.C.
Attorneys for Defendant Stevenson Commons, Inc.

By: _____
Melissa S. Katz (MK 7127)
120 Broadway, 27th Floor
New York, New York 10271-0079
(212) 238-4800

Case 1:08-cv-03920-WHP    Document 11    Filed 07/10/2008    Page 2 of 2
07/02/2008 17:47 FAX  212 238 4848         Landman Corsi                    ☑002/004