USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/08

MEMO ENDORSED

# UWEM UMOH
### ATTORNEY AT LAW
255 LIVINGSTON STREET, 4TH FLOOR,
BROOKLYN, N.Y. 11217

TEL: 718.360.0527        EMAIL: numoh@umohlaw.com        FAX: 800.516.5929

BY FACSIMILE

July 29, 2008

DISTRICT JUDGE WILLIAM H. PAULEY
United States District Court—SDNY
500 Pearl Street—Room 2210
Courtroom 11D
New York, New York 10007

RECEIVED
JUL 29 2008
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

   Re:  Sanders v. Grenadier Realty et al.
       08 CV 3920(WHP)

Your Honor:

  I represent the plaintiffs in the above referenced matter and write seeking an adjournment of the Pre-Motion Conference set for July 30, 2008 at noon.

  I have two depositions scheduled for July 30, 2008 that begin at 10:00am. The depositions are to be held in Brooklyn, at 189 Montague Street and as such I will be unable to make it to a 12:00pm conference before Your Honor. <u>I request an adjournment to July 31, 2008 at a time convenient for the Court.</u> Melissa Katz, counsel for defendant Stevenson Commons consents to this adjournment. No other requests for adjournments have been sought by plaintiff. The parties have, however, stipulated to extend the date to answer in this matter and both stipulations have been So Ordered by this Court.

  Accordingly, plaintiff respectfully requests that this application be granted.

  I thank Your Honor for your time and consideration of this request.

Respectfully,

*Application granted.*
SO ORDERED:

s/
NKEREUWEM UMOH

_____
WILLIAM H. PAULEY III U.S.D.J.
7/30/08

Cc: Melissa Katz and Neil Brody, Esqs., counsel for defendants, by email and facsimile.

*The conference shall be held at 2:00 p.m.*