USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
LAVERN SANDERS et ano.,             :
                                    :   08 Civ. 3920 (WHP)
                Plaintiffs,         :
                                    :   SCHEDULING ORDER
        -against-                   :
                                    :
GRENADIER REALTY, INC. et ano.,     :
                                    :
                Defendants.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        All parties having appeared before this Court for a conference on July 31, 2008, the following schedule is established on consent:

1. Plaintiffs' application to stay the eviction proceedings in Bronx Housing Court is withdrawn;

2. Plaintiffs shall inform Defendants of their intention to withdraw any claims by August 5, 2008;

3. If Defendants seek to file a motion to dismiss, they shall serve a letter requesting a pre-motion conference by August 7, 2008;

4. Plaintiffs shall serve any opposition letter by August 13, 2008; and

5. A pre-motion conference shall be held on August 15, 2008 at 10:00 a.m.

Dated: July 31, 2008
      New York, New York

                                   SO ORDERED:

                                   WILLIAM H. PAULEY III
                                   U.S.D.J.

*Counsel of record:*

Nkereuwem Imyang Umoh, Esq.
Law Office of Uwem Umoh
25 Bond Street, 2nd Floor
New York, NY 11201
*Counsel for Plaintiff*

Melissa Shari Katz, Esq.
Landman Corsi Ballaine & Ford PC
120 Broadway, 27th Floor
New York, NY 10271
(212)-238-4800
Fax: (212)-238-4848
*Counsel for Defendant Stevenson Commons Inc.*

Joshua David Lindy, Esq.
Brody, Benard & Branch LLP
205 Lexington Avenue, 4th Floor
New York, NY 10016
*Counsel for Defendant Grenadier Realty, Inc.*