**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/08
```

**BRODY, BENARD & BRANCH LLP**
Attorneys At Law
205 Lexington Avenue, 4th Floor
New York, New York 10016

(212) 679-7007
(212) 679-7123(fax)

August 7, 2008

<u>**VIA FACSIMILE:**</u> 212-805-6390

Honorable William H. Pauley, III
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



    RE: Sanders v. Grenadier Realty, Inc. et al
      <u>Civil Docket No.: 1:08-cv-03920 (WHP) (DFE)</u>

Dear Judge Pauley:

  We represent defendant Grenadier Realty Inc. ("Grenadier"), a privately-owned real estate management company, in the above referenced action. As per the instructions of a clerk of your court I am faxing this letter to you to ask for an extension to submit a pre-motion letter currently due to your honor on August 7, 2008. On July 31, 2008 you ordered the plaintiffs to inform the defendants of the claims he intended to abandon by August 5, 2008. In fact plaintiff relayed this information to the defendants via email on August 6, 2008. <u>I request an adjournment until August 8, 2008 to fully respond to the claims abandoned by the plaintiffs.</u> Uwem Umoh, counsel for the plaintiffs, consents to this adjournment.

  I thank Your Honor for your time and consideration of this request.

          Respectfully submitted,

          *[signature]*
          Joshua D. Lindy

CC: Nkereuwem Inyang Umoh, Esq. (Via Facsimile)
   Melissa S. Katz, Esq. (Via Facsimile)

*Application granted*
SO ORDERED:
*[signature]*
WILLIAM H. PAULEY III U.S.D.J.
8/7/08