```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
LAVERN SANDERS et ano.,

                    Plaintiffs,

     -against-

GRENADIER REALTY, INC. et ano.,

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

08 Civ. 3920 (WHP)

SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

       All parties having appeared before this Court for a conference on July 31, 2008, the following schedule is established on consent:

1. Defendants shall serve and file their motion to dismiss the complaint by September 22, 2008;

2. Plaintiffs shall serve and file their opposition by October 22, 2008;

3. Defendants shall serve and file their reply by October 31, 2008; and

4. Oral argument shall take place on November 20, 2008 at 10:30 a.m.

Dated: August 15, 2008
       New York, New York

                                        SO ORDERED:

                                        WILLIAM H. PAULEY III
                                              U.S.D.J.

*Counsel of record:*

Nkereuwem Imyang Umoh, Esq.
Law Office of Uwem Umoh
25 Bond Street, 2nd Floor
New York, NY 11201
*Counsel for Plaintiffs*

Melissa Shari Katz, Esq.
Landman Corsi Ballaine & Ford PC
120 Broadway, 27th Floor
New York, NY 10271
(212)-238-4800
Fax: (212)-238-4848
*Counsel for Defendant Stevenson Commons Inc.*

Joshua David Lindy, Esq.
Brody, Benard & Branch LLP
205 Lexington Avenue, 4th Floor
New York, NY 10016
*Counsel for Defendant Grenadier Realty, Inc.*